**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Richard E. Lee                          Thomas D. Davenport, Jr.
Attorney at Law                       The Davenport Firm
810 Main St.                            1628 Metro Drive
Pineville LA 71360                   Alexandria LA 71301

**REHEARING ACTION: August 10, 2011**

**Docket Number: 11   00077-CA**

**TOMMIE MACK GRANGER**
**VERSUS**
**STEPHANIE W. GRANGER**

**Appealed from Rapides Parish Case No. 198,383**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Jimmie C. Peters**
      **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tommie Mack Granger** has this day been

      **DENIED.**

cc: Henry Howard Lemoine, Jr., Counsel for the Appellee